■ KENNETH PHILLIPS et al., Appellants, v TOWN OF SPAFFORD, Respondent. (Appeal No. 1.) [679 NYS2d 915] —Judgment unanimously affirmed without costs for the reasons stated in

decision at Supreme Court, Murphy, J. (Appeal from Judgment of Supreme Court, Onondaga County, Murphy, J.—Summary Judgment.) Present—Denman, P. J., Hayes, Wisner, Callahan and Boehm, JJ.